No. 973.

PHEDORA GIROUARD ET AL. VS. SOSTHENE C. BROUSSARD, ADMINISTRATOR.

This is a suit by the heirs of the deceased to compel the administrator to render an account within ten days from service of the order. The administrator, having taken a suspensive appeal from that order and filed his bond, failed to bring up the transcript, but the appellees did, and claim damages for a frivolous appeal. To grant this prayer would be to punish the creditors and co-heirs of the deceased and not the administrator, who has abandoned the appeal, and there is no money judgment.

APPEAL from the Parish Court of Lafayette parish. *Moss*, J. *William Kibbe, Mouton & Debaillon*, for plaintiffs and appellees. *Eugène Mouton*, for defendant and appellant.

LUDELING, C. J. The plaintiffs, heirs of the deceased, sued the defendant to compel him to render an account.

He was ordered to render an account within ten days from service of the order. Having failed, another order was issued commanding the

administrator to comply with the order of court. From this order he obtained a suspensive appeal and filed his bond, but failed to bring up the transcript, which has been filed by the appellee, who prays for damages for a frivolous appeal.

To grant this prayer would be to punish the creditors and co-heirs of the deceased and not the administrator, who has abandoned the appeal. There is no money judgment.

It is therefore ordered that the judgment of the lower court be affirmed with costs of appeal.